UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 06 B 11427
  BRIAN WILLIAMS
  ANITA YANCEY-WILLIAMS                  CHAPTER 13

                                        JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-4049    SSN XXX-XX-1321
```

------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/13/06 and confirmed on 12/15/06.

     2.  The case was dismissed after confirmation, 11/30/2007.

     3.  The Debtor paid a total of $   4402.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 1722.61 | .00 | 1722.61 |
| EMC MORTGAGE | SECURED | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 5198.60 | .00 | 402.93 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| NATIONWIDE ACCEPTANCE | SECURED | 3997.32 | 278.21 | 1797.15 |
| B LINE LLC | UNSECURED | 1107.13 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 899.78 | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1603.15 | .00 | .00 |
| MCI BUSINESS MARKETS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL LOUIS UNIVERSIT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 618.28 | .00 | .00 |
| WEST SUBURBAN HEALTH CAR | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE USA | UNSECURED | 637.35 | .00 | .00 |
| UNIV OF IL MEDICAL DEPT | UNSECURED | NOT FILED | .00 | .00 |

              Summary of disbursements:
------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10918.53 | .00 | 4865.69 | .00 | 15784.22 |
| PRINCIPAL PAID | 3922.69 | .00 | .00 | .00 | 3922.69 |
| INTEREST PAID | 278.21 | .00 | .00 | .00 | 278.21 |
| TOTAL PAID | 4200.90 | .00 | .00 | .00 | 4200.90 |

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $      .00
and was paid $       .00 .

The Trustee received $    201.10 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE